# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMIE D. HARRIS, | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | )   CIVIL NO. 06-cv-4017-JPG |
| vs. | ) |
| | )   CRIMINAL NO. 00-cr-40045 |
| UNITED STATES of AMERICA, | ) |
| | ) |
| Respondent/Plaintiff. | ) |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** without prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

April 13, 2006                        By:     **s/ J. Phil Gilbert**
*Date*                                        *District Judge*